UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| In re Thomas Sheedy, | ) ) ) ) ) | Civil No. 18-11703-LTS |
| Appellant. | | |

ORDER ON EMERGENCY MOTION FOR STAY PENDING APPEAL (DOC. NO. 6)

September 4, 2018

SOROKIN, J.

The Court has reviewed appellant Thomas Sheedy's emergency Motion for Stay Pending Appeal, Doc. No. 6; the motion for relief from the automatic stay and all supporting documents filed in the Bankruptcy Court by Irene B. Schall as Successor Personal Representative of the Estate of Fred W. Kuhn, In re Sheedy, No. 18-11859, ECF No. 6 (Bankr. D. Mass. May 21, 2018); and the July 19 and August 8, 2018 Orders of the Bankruptcy Court, id., ECF Nos. 73 & 130. Having considered these orders and submissions, Sheedy's motion for a stay (Doc. No. 6) is DENIED.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge